# UNITED STATES DISTRICT COURT

**Eastern**      **District of**      **California**

DESIRE SUE ADAMS,

           Plaintiff

           V.

COMMISSIONER OF SOCIAL SECURITY
           Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER:  1:12-cv-01338 GSA

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X    GRANTED.

     X    The clerk is directed to file the complaint.

     X    IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐    DENIED, for the following reasons:

ENTER this    17th    day of          August          ,    2012    .

/s/ Gary S. Austin
_____
Signature of Judicial Officer

  Gary S. Austin, U.S. Magistrate Judge
_____
Name and Title of Judicial Officer