# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIRE SUE ADAMS-JOHNSON ) | Case No.: 1:12-cv-01338-GSA |
| Plaintiff, ) | ORDER MODIFYING BRIEFING SCHEDULE |
| v. ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. ) | |
| Defendant. ) | |

Based upon the parties' stipulation, and for cause shown, the Court will extend the deadline for the filing of Plaintiff's Opening Brief. Plaintiff's Opening Brief is now due on April 15, 2013. All other deadlines set forth in the Court's August 17, 2012 Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: __April 3, 2013__                      /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE

-1-