# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIRE SUE ADAMS-JOHNSON )<br><br>Plaintiff, )<br>v. )<br> )<br>CAROLYN W. COLVIN, Acting )<br>Commissioner of Social Security. )<br> )<br>Defendant. )<br>_____ ) | Case No.: 1:12-cv-01338-GSA<br><br>ORDER MODIFYING BRIEFING SCHEDULE |

Based upon the parties' stipulation, and for cause shown, the Court will extend the deadline for the filing of Plaintiff's Opening Brief. Plaintiff's Opening Brief is now due on April 15, 2013. All other deadlines set forth in the Court's August 17, 2012 Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated:   **April 3, 2013**                              **/s/ Gary S. Austin**
                                                                      UNITED STATES MAGISTRATE JUDGE