BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California  94105
Telephone:  (415) 977-8977
Facsimile:  (415) 744-0134
E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| DESIRE SUE ADAMS,<br><br>    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security[1],<br><br>    Defendant. | CIVIL NO.: 1:12-cv-01338-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE BRIEF IN RESPONSE TO PLAINTIFF'S OPENING BRIEF |

　　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended 30 days with a new due date of June 14, 2013.  This is Defendant's first request for an extension of time to respond to Plaintiff's

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

motion. Defendant needs the additional time to further review the file and prepare a response in this matter due to a heavy workload.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: May 15, 2013            /s/ *Cyrus Safa*
                               (As authorized via e-mail on 5/15/13)
                               CYRUS SAFA
                               Attorney for Plaintiff


Dated: May 15, 2013            BENJAMIN B. WAGNER
                               United States Attorney
                               GRACE M. KIM
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                   By:         */s/ Lynn M. Harada*
                               LYNN M. HARADA
                               Special Assistant United States Attorney

                               Attorneys for Defendant


**ORDER**

The Court adopts the parties' stipulation set forth above. Defendant Carolyn Colvin's brief in response to Plaintiff Desire Adams' Opening Brief shall be filed no later than June 14, 2013. All other terms of the Court's Scheduling Order in this matter remain in full force and effect.

1  IT IS SO ORDERED.

2  Dated:  **May 17, 2013**                     **/s/ Gary S. Austin**
3                                                                    UNITED STATES MAGISTRATE JUDGE