BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California  94105
Telephone:  (415) 977-8977
Facsimile:  (415) 744-0134
E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | | |
|---|---|---|
| DESIRE SUE ADAMS, | ) | CIVIL NO.: 1:12-cv-01338-GSA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER FOR AN |
| | ) | EXTENSION OF TIME FOR DEFENDANT |
| v. | ) | TO FILE BRIEF IN RESPONSE TO |
| | ) | PLAINTIFF'S OPENING BRIEF |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of | ) | |
| Social Security[1], | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

record, that the time for responding to Plaintiff's Opening Brief be extended 30 days with a new due date

of June 14, 2013.  This is Defendant's first request for an extension of time to respond to Plaintiff's

_____

[1]  Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.
Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for
Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this suit by reason
of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

motion.  Defendant needs the additional time to further review the file and prepare a response in this matter due to a heavy workload.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: May 15, 2013                          /s/ *Cyrus Safa*
                                             (As authorized via e-mail on 5/15/13)
                                             CYRUS SAFA
                                             Attorney for Plaintiff

Dated: May 15, 2013                          BENJAMIN B. WAGNER
                                             United States Attorney
                                             GRACE M. KIM
                                             Regional Chief Counsel, Region IX
                                             Social Security Administration

                                   By:       */s/ Lynn M. Harada*
                                             LYNN M. HARADA
                                             Special Assistant United States Attorney

                                             Attorneys for Defendant

## **ORDER**

The Court adopts the parties' stipulation set forth above.  Defendant Carolyn Colvin's brief in response to Plaintiff Desire Adams' Opening Brief  shall be filed no later than June 14, 2013.  All other terms of the Court's Scheduling Order in this matter remain in full force and effect.

IT IS SO ORDERED.

**Dated:**   **May 17, 2013**        /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE