BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone:  (415) 977-8977
    Facsimile:  (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| DESIRE SUE ADAMS,<br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,[1]<br>    Defendant. | Case No.: 1:12-cv-01338-GSA<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Stip. & Order for Remand; 1:12-cv-01338-GSA    1

On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to obtain medical expert testimony.  The ALJ shall then weigh the medical opinions of record in accordance with 20 C.F.R. § 404.1527 and reassess Plaintiff's residual functional capacity for the period at issue.  The ALJ should then determine whether Plaintiff can perform her past relevant work, and if not, whether jobs exist in significant numbers in the national economy that Plaintiff can perform.  If necessary, the ALJ should also obtain the assistance of a vocational expert.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

                                                Respectfully submitted,

Date: June 13, 2013                 /s/ *Cyrus Safa*
                                                (As authorized by email on 6/12/13)
                                                CYRUS SAFA
                                                Attorney for Plaintiff

Date: June 13, 2013                 BENJAMIN B. WAGNER
                                                United States Attorney
                                                DONNA L. CALVERT
                                                Acting Regional Chief Counsel, Region IX
                                                Social Security Administration

                                       By     /s/ *Lynn M. Harada*
                                                LYNN M. HARADA
                                                Special Assistant U.S. Attorney
                                                Attorneys for Defendant

**ORDER**

Upon review, the Court adopts the parties' stipulation set forth above.

IT IS SO ORDERED.

    **Dated:   June 14, 2013**                  **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE