# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIRE SUE ADAMS-JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br>CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security,<br><br>　　　　　Defendant | Case No.: 1:12-cv-01338-GSA<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses filed on August 13, 2013:

IT IS ORDERED that fees and expenses in the amount of $3,401.42 as authorized by 28 U.S.C. § 2412 and costs in the amount of $12.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

Date : August 14, 2013　　　　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　　The Honorable Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

_____

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.